IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GELCO CORPORATION, a Delaware corporation, and CUSTOMIZED AUTO CREDIT SERVICES, INC., a Delaware corporation, ) ) ) ) ) ) Plaintiffs, ) ) v. ) ) MAJOR CHEVROLET, INC., a New York corporation, ) ) ) ) Defendant. ) | No. 01 C 9719 <br><br> Judge Joan H. Lefkow <br> Magistrate Judge Michael T. Mason |

**NOTICE OF FILING**

TO:    Michael P. Conway            Dennis D. Karpf
        Paul A. Sheldon              Law Offices of Dennis D. Karpf
        Peter S. Roeser              176 Route 70 - Suite 10
        GRIPPO & ELDEN          Medford, New Jersey 08055
        227 West Monroe Street, Suite 3600
        Chicago, Illinois 60606

       **PLEASE TAKE NOTICE** that on Tuesday, February 18, 2003, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), we filed a Stipulation of Voluntary Dismissal Without Prejudice, a copy of which is attached and is hereby served upon you.

                                                        Respectfully submitted,

                                                        GELCO CORPORATION and
                                                        CUSTOMIZED AUTO CREDIT SERVICES, INC.

                                                        By: _____
                                                                       One of their Attorneys

David B. Johnson
Michael C. Andolina
SIDLEY AUSTIN BROWN & WOOD
Bank One Plaza – 10 S. Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

Dated: February 18, 2003

*FILED*
*FEB 18 2003*
*MICHAEL W. DOBBINS*
*CLERK, U.S. DISTRICT COURT*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GELCO CORPORATION, a Delaware corporation, and CUSTOMIZED AUTO CREDIT SERVICES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> MAJOR CHEVROLET, INC., a New York corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 01 C 9719 <br><br> Judge Joan H. Lefkow <br> Magistrate Judge Michael T. Mason |

FILED
FEB 18 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Gelco Corporation f/k/a General Electric Capital Auto Financial Services, Inc. ("GECAFS") and Customized Auto Credit Services, Inc.("CACS"), and defendant Major Chevrolet, Inc. ("Major Chevrolet"), by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate and agree to the voluntary dismissal of the above-captioned case without prejudice and without costs.

Respectfully submitted,

_____      _____
Attorney for Plaintiffs                                Attorney for Defendant

David B. Johnson                                        Michael P. Conway
Michael C. Andolina                                   Paul A. Sheldon
SIDLEY AUSTIN BROWN & WOOD        Peter S. Roeser
Bank One Plaza                                            GRIPPO & ELDEN
10 S. Dearborn Street                                 227 West Monroe Street, Suite 3600
Chicago, Illinois 60603                              Chicago, Illinois 60606
(312) 853-7000                                            (312) 704-7700

Dated: February 18, 2003



## CERTIFICATE OF SERVICE

Michael C. Andolina, an attorney, certifies that he caused copies of the foregoing Notice of Filing and Stipulation of Voluntary Dismissal Without Prejudice to be served on counsel listed below via facsimile and U.S. Mail on February 18, 2003:

>Michael P. Conway
>Paul A. Sheldon
>Peter S. Roeser
>GRIPPO & ELDEN
>227 West Monroe Street, Suite 3600
>Chicago, Illinois 60606
>
>Dennis D. Karpf
>Law Offices of Dennis D. Karpf
>176 Route 70 - Suite 10
>Medford, New Jersey 08055

_/s/ Michael C. Andolina_